**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:20-cv-81002-RS**

**NELSON FERNANDEZ,**

    **Plaintiff,**

vs.

**J. ALEXANDER'S RESTAURANTS, LLC,**
**A foreign limited liability company,**

    **Defendant.**

_____/

**NOTICE OF SETTLEMENT**

    Pursuant to Local Rule 16.4, the parties hereby notify the Court that they have reached an agreement in principal to resolve any and all claims pending in this matter.  The matter will be finalized within the next 10 business days.

    Respectfully submitted:

    **RILEY WARNOCK & JACOBSON, PLC**
    1906 West End Avenue
    Nashville, TN 37211
    Tel:  (615) 320-3700
    Fax: (615) 320-3737
    twarnock@rwjplc.com
    kcloud@rwjplc.com
    *Attorneys for Defendant J. Alexander's*
    *Restaurants, LLC*

    By:  /s/ Timothy L. Warnock
        **TIMOTHY L. WARNOCK**
        Florida Bar No. 0850489
        **KATHARINE R. CLOUD**
        *Pro Hac Vice Motion Forthcoming*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 14, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              By: /s/ Timothy L. Warnock
                                      Timothy L. Warnock

**SERVICE LIST:**

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
duranandassociates@gmail.com