UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81002-CIV-SMITH

NELSON FERNANDEZ,

   Plaintiff,

vs.

J. ALEXANDER'S RESTAURANTS, LLC,

   Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

  This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 13]. Upon consideration, it is

  **ORDERED** that:

  1. This action is **DISMISSED with prejudice.**

  2. All pending motions not otherwise ruled upon are **DENIED as moot**.

  3. Each party shall bear its own fees and costs.

  4. This case is **CLOSED.**

  **DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of September, 2020.

             _____
             **RODNEY SMITH**
             **UNITED STATES DISTRICT JUDGE**

cc: All counsel of record